**Order filed December 28, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00792-CV
_____

## ABANTE & JOPIO LLC AND 5110 WASHINGTON LLC, Appellants

## V.

## UR PROPERTIES I, L.P., Appellee

**On Appeal from the Co Civil Ct at Law No 2
Harris County, Texas
Trial Court Cause No. 1104927**

# O R D E R

Appellant's brief was due December 13, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 7, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM